No. 5408.  MONETT *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

·No. 5410.  HOWELL *v.* ILLINOIS. · Sup. Ct. Ill.  Certiorari denied.

No. 5414.  MOORE· *v.* UNITED STATES.  C. A. 5th Cir.·  Certiorari ·denied.

No. 5415.  MARTINEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 5416.· ROGERS *v.* WARDEN, NEVADA STATE PRISON.  Sup. Ct. Nev.  Certiorari denied.

No. 5420.  WALTON *v.* CALIFORNIA ADULT AUTHORITY.  C. A. 9th Cir.  Certiorari denied.

No. 5421.. REED *v.* UNITED. STATES.  C. A. 7th Cir.  Certiorari denied..

No. 5422.  McMATH *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 5423.  ONICK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 5424.  PARHMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No.· 5430.  KAUFFMAN· *v.* MOSS, DISTRICT ATTORNEY OF MONTGOMERY COUNTY, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied. ·

No. 5434.  LAMB *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir. · Certiorari denied.